UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| ERIC KELLEY,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>RICHARD REYES, LOUIS STELL, ROBERT SMITH, ESTATE OF MICHAEL FINER, ALEX NIEVES, PETER IURATO, TIMOTHY JORDAN, RAYMOND REID, ALBERT CLARK, *in their individual capacities*, RICHARD MUNSEY and VINCENT AMORESANO, *in their individual and official capacities*, and THE CITY OF PATERSON,<br><br>　　　　Defendants. | Civil Action No. 19-cv-17911 (WSJ) (JSA) |
| RALPH LEE, JR.,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>ALBERT CLARK, ESTATE OF MICHAEL FINER, PETER IURATO, TIMOTHY JORDAN, ALEX NIEVES, RAYMOND REID, RICHARD REYES, ROBERT SMITH, LOUIS STELL, and JOHN DOES #1-10 *in their individual capacities*, RICHARD MUNSEY and VINCENT AMORESANO, *in their individual and official capacities,* and THE CITY OF PATERSON,<br><br>　　　　Defendants. | Civil Action No. 19-cv-17936 (WSJ) (JSA) |

**PLAINTIFFS' MOTION FOR LEAVE TO REDACT**

Pursuant to Local Civil Rule 5.3 and the Court's Order of December 9, 2024 (*Kelley*, ECF No. 254; *Lee*, ECF No. 228), Plaintiffs move for leave to redact minimal sensitive personal identifying and financial information from exhibits Plaintiffs filed in response to Defendants' motions for summary judgment (*Kelley*, ECF No. 233; *Lee*, ECF No. 207). Plaintiffs understand that Defendants determined they needed to seek additional time to respond to the Court's Order, *see Kelley*, ECF No. 255; *Lee*, ECF No. 229, and therefore, the parties determined they would proceed separately.

Plaintiffs seek leave to redact all social security numbers, home addresses, dates of birth, and financial account numbers included in each of Plaintiffs' exhibits, as required by Federal Rule of Civil Procedure 5.2. As to Exhibit 146 specifically, Plaintiff proposes redacting the information listed above, as well as personal and financial information including Social Security grant benefit amounts, a listed date which directly indicates one Plaintiff's date of birth, the name of a financial institution, and certain portions of annotated text, which, if filed on the public docket, would expose personal and private medical information. Plaintiffs submit a copy of Exhibit 146 with proposed redactions, attached hereto as Exhibit 1, for the Court's consideration.

DATED: December 23, 2024

Respectfully submitted,

/s/ Nick Brustin
Nick Brustin
Emma Freudenberger*
Mary Katherine McCarthy*
Neufeld Scheck Brustin Hoffmann
& Freudenberger, LLP
200 Varick Street, Suite 800
New York, NY 10014
T: 212-965-9081
E: nick@nsbhf.com
*Counsel for Plaintiff Eric Kelley*

/s/ Paul Casteleiro
Paul Casteleiro
W. James Cousins*
1000 Herrontown Road, 2nd Floor
Princeton, NJ 08540
T: (914) 714-0543
E: paul@casteleirolaw.com
*Counsel for Plaintiff Ralph Lee Jr.*

*\*Admitted Pro Hac Vice*